```
 1 │ DANIEL J. BRODERICK, Bar #89424
   │ Federal Defender
 2 │ ANN H. VORIS, Bar #100433
   │ Assistant Federal Defender
 3 │ Designated Counsel for Service
   │ 2300 Tulare Street, Suite 330
 4 │ Fresno, California 93721-2226
   │ Telephone: (559) 487-5561
 5 │
   │ Attorney for Defendant
 6 │ RAMON MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAMON MARTINEZ,<br><br>　　　　Defendant. | No. 1:10-cr-0235 AWI<br><br>**UNDER SEAL**<br><br>APPLICATION AND ORDER TO FILE MOTION FOR BAIL REVIEW UNDER SEAL<br><br>Date: August 30, 2010<br>Time: 9:00 a.m.<br>The Hon. Anthony W. Ishii |

　　　　Defendant Martinez hereby requests that the Motion for Bail Review with Memorandum of Points and Authorities be filed *under seal* until further order of the Court.

DATED: August 27, 2010

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

　/s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant

　　　**It is so ordered** that the Motion for Bail Review be filed *under seal*.

IT IS SO ORDERED.

Dated:　August 27, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

Martinez: Application & Order to File Motion for
Bai Review Under Seal