DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMON ARTURO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0235 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date: February 7, 2011 |
| RAMON ARTURO MARTINEZ, | ) | Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 10, 2011, **may be continued to February 7, 2011, at 9:00 a.m.,** for possible setting of a motions schedule.

This reason for the continuance is to permit Mr. Martinez to undergo an orthopaedic procedure scheduled for January 11, 2011. Since the case is probably going to be set for trial, further investigation may be necessary. The parties agree that if Mr. Martinez is not in good physical condition to attend court on February 7, 2011, his appearance will not be necessary.

This continuance will conserve time and resources for both parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: January 6, 2011    By:   /s/ *David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 6, 2011    By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Ramon Arturo Martinez

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   January 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE