```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-000235 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | RESCHEDULE FILING DEADLINES AND |
| v. ) | DATE FOR HEARING ON DEFENDANT'S |
| ) | MOTION |
| RAMON MARTINEZ, ) | |
| ) | Date:  April 11, 2011 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Anthony W. Ishii |
| ) | Place: Courtroom Two |

The parties have agreed to continue the status conference scheduled for April 4, 2011, at 9:00 a.m. until April 11, 2011, at 9:00 a.m. This will allow the parties additional time to explore possible resolution of the case without a need for decision on the defendant's currently-pending motion. In addition, the parties have agreed that the government response will now be due by April 5, 2011.

1

1    The parties agree that the time until the next status
2 conference be excluded under the Speedy Trial Act for response to
3 and consideration of the defendant's motion and to preserve the
4 interests of justice under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

Dated:     March 23, 2011            Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ David  Gappa
                              By:    DAVID L. GAPPA
                                     Assistant U.S. Attorney


                                     /s/ Ann Voris
                                     ANN H. VORIS
                                     Counsel for Ramon Martinez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>    v.<br>RAMON ARTURO MARTINEZ,<br>  Defendant. | 1:10-cr-000235 AWI<br>ORDER ON STIPULATION TO RESCHEDULE FILING DEADLINES AND DATE FOR HEARING ON DEFENDANT'S MOTION<br>DATE: April 11, 2011<br>TIME: 9:00 a.m.<br>PLACE: Courtroom Two<br>HON: Anthony W. Ishii |

**ORDER**

For the reasons outlined in the stipulation of the parties filed on March 23, 2011, the status conference for this case is continued until April 14, 2011 at 9:00 a.m.  The government response to the defendant's motion to dismiss is now due by April 5, 2011.  Time is excluded under the Speedy Trial Act, under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A), through that date and time as well.

IT IS SO ORDERED.

Dated:     March 24, 2011                              /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE

3