DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMON ARTURO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAMON ARTURO MARTINEZ,<br><br>          Defendant. | No. 1:10-cr-0235 AWI<br><br>**AMENDED** STIPULATION TO CONTINUE MOTIONS HEARING; ORDER<br><br>Date:  October 3, 2011<br>Time:  1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motions hearing in the above-captioned matter now set for August 5, 2011, **may be continued to October 3, 2011 at 1:30 p.m.**

This reason for the continuance is to permit counsel additional time for plea negotiations. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: July 28, 2011       By:   /s/ *Jeremy Jehangiri*
                                 JEREMY JEHANGIRI
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 28, 2011       By:   /s/ *Ann H. Voris*
                                 ANN H. VORIS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Ramon Arturo Martinez

# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   July 28, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE