

**FILED**

SEP 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Ramon Arturo Martinez | Case No.<br>1:10-cr-00235-AWI-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Ramon Arturo Martinez__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's electronic monitoring from **HOME INCARCERATION** to **HOME DETENTION**: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered ; court-ordered obligation; or other activities pre-approved by the Pretrial Services Officer.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-1-11       _____  8/29/11
Signature of Defendant    Date          Pretrial Services Officer    Date
Ramon Martinez                          Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                 8/29/11
Signature of Assistant United States Attorney   Date
Jeremy R. Jehangiri

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 8/29/11
Signature of Defense Counsel            Date
Ann Voris

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __9-9-11__.
[ ] The above modification of conditions of release is *not* ordered.

_____                 9-9-11
Signature of Judicial Officer           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services