BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000

Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-00235-AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND AGREEMENT TO |
| ) | CONTINUE MOTION HEARING; **ORDER** |
| v. ) | |
| ) | DATE: October 17, 2011 |
| RAMON ARTURO MARTINEZ, ) | TIME: 1:30 p.m. |
| ) | Honorable Anthony W. Ishii |
| Defendant. ) | |
| ) | |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Ramon Arturo Martinez, by and through his counsel, Ann Voris, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1. The parties request that the motion to suppress hearing date in this case be continued from October 3, 2011, to October 17, 2011, at 1:30 p.m.

2. The parties stipulate that the time resulting from this pre-trial motion should be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D).

3. The parties stipulate that the ends of justice are served by

the Court excluding such time, so that counsel for the United States and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

    4.   The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    5.   The parties are also engaged in extensive plea negotiations, and this case may be resolved without a trial. The parties stipulate that further discussions relating to a plea agreement and additional time to engage in such plea negotiations would allow for effective representation, taking into account the exercise of due diligence, and for efficient use of the Court's time and resources.

    6.   Defendant and his counsel have no objection to this continuance.

SO STIPULATED AND AGREED.

Dated: September 27, 2011    /s/ *Jeremy Jehangiri*
Jeremy R. Jehangiri
Assistant United States Attorney

Dated: September 27, 2011    /s/ *Ann Voris* (as authorized)
Ann Voris
Attorney for Defendant
Ramon Arturo Martinez

**ORDER**

IT IS SO ORDERED.

Dated:    September 27, 2011
CHIEF UNITED STATES DISTRICT JUDGE