DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMON ARTURO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  RAMON ARTURO MARTINEZ,  Defendant. | No. 1:10-cr-00235 AWI  STIPULATION TO CONTINUE TRIAL CONFIRMATION AND MOTIONS IN LIMINE HEARING; ORDER  Date: June 4, 2012  Time: 10:00 a.m.  Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Trial Confirmation and Motions in Limine hearing in the above-captioned matter now set for May 29, 2012, **may be continued to June 4, 2012 at 10:00 a.m.**

This reason for the continuance is that defense counsel will be out of state for training. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: April 13, 2012    By:  /s/ *Jeremy R. Jehangiri*
JEREMY R. JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 13, 2012    By:  /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Ramon Arturo Martinez

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   April 17, 2012

CHIEF UNITED STATES DISTRICT JUDGE