**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN 296416
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: emilydeleonlaw@gmail.com

Attorney for:
RAMON ARTURO MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARTURO MARTINEZ,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:10-CR-00235 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE J. O'NEILL AND DAVID GAPPA, ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, RAMON ARTURO MARTINEZ, by and through his

attorney of record, EMILY DE LEON hereby requesting that the sentencing hearing currently set

for Monday, January 22, 2019 be continued to Monday February 11, 2019 at 9:30 a.m.

    I am currently in trial in the Kern County Superior Court in front of the Honorable Judge

McNamara in the matter of *People v. Shelby McKay; BF173498B*. This is a multidefendant trial

which commenced on Tuesday, January 8, 2019 and is anticipated to last through January 28,

2019. I have spoken to AUSA DAVID GAPPA and he has no objection to continuing the

sentencing hearing.

Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant.

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED: 1/11/19                          */s/ Emily De Leon*_____
                                                          EMILY DE LEON
                                                          Attorney for Defendant
                                                          RAMON ARTURO MARTINEZ


DATED: 1/11/19                          */s/David Gappa*_____
                                                          DAVID GAPPA
                                                          Assistant U.S. Attorney




                                        **ORDER**

**T**he sentencing hearing is continued to February 11, 2019 at 9:30 a.m.


IT IS SO ORDERED.

   Dated:   **January 11, 2019**          _____**/s/ Lawrence J. O'Neill**_____
                                                  UNITED STATES CHIEF DISTRICT JUDGE