1  **LAW OFFICE OF EMILY DE LEON**
   **Emily de Leon, SBN 296416**
2  1318 K. Street
   Bakersfield, CA 93301
3  PHONE: (661)326-0857
   FAX: (661)326-0936
4  EMAIL: emilydeleonlaw@gmail.com

5

6  ATTORNEY FOR Defendant,
   RAMON MARTINZ
7

8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11  * * * * * *

12  UNITED STATES OF AMERICA,                Case No.: 1:10-CR-00235-LJO

13      Plaintiff,

14  v.                                        **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER**

15

16  RAMON MARTINEZ,

17      Defendant.

18

19  **TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALFIORNIA:**
20

21  Defendant, Ramon Martinez, by and through his attorney Emily de Leon, hereby
22  requests that the Sentencing Memorandum be filed under seal with a copy being served upon
23  the United States Attorney.
24  This request is made pursuant to Local Rule 141(a) which states that documents can be
25  sealed only by written order of the United States District Court. Under the Local Rule access to
26  all documents filed under seal is restricted to the Court and authorized court personnel.
27  The conditions and terms of release set out confidential and sensitive information that is
28  subject to the Defendant's privacy rights.

Accordingly, it is requested that the Sentencing Memorandum be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated: February 13, 2019   By: */s/Emily de Leon*
EMILY DE LEON
Attorney for RAMON MARTINEZ

## **ORDER**

For reasons set forth above, the Defendants request to have the Sentencing Memorandum be filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated: **February 13, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE